DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FINE BUILT CONSTRUCTION OF NORTH CAROLINA, INC.,**
Appellant,

v.

**DANIEL L. SMITH,** as Personal Representative of the Estate of George
Meyer, Jr., deceased, and **ESTATE OF GEORGE MEYER, JR.,**
Appellees.

No. 4D17-2887

[March 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Peter M. Weinstein, Judge; L.T. Case No. PRC 16
0001249.

Michael S. Bendell of Michael Bendell, P.A., Boca Raton, for appellant.

Ellen S. Morris of Elder Law Associates, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***